**Order entered June 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01148-CV

**GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, ET AL., Appellants**

**V.**

**BOBBIE BUSH, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellants' May 29, 2015 unopposed motion for leave to file a consolidated reply brief exceeding the word limit. Appellants' consolidated reply brief was timely filed on June 1, 2015.

/s/     ELIZABETH LANG-MIERS
         JUSTICE